UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7366 FMO (JEMx) | Date | September 13, 2023 |
|---|---|---|---|
| Title | Theresa Brooke v. Win-Win Hotel Investment Partners LTD LP | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Imposition of Sanctions

Pursuant to the Court's Order of January 20, 2023, the parties were required to complete a settlement conference before a private mediator no later than July 20, 2023. (See Dkt. 24, Court's Order of January 20, 2023, at 17). The parties were "advised that failure comply with the court's orders in the future may result in the imposition of sanctions." (See id. at 1 n. 1). On August 8, 2023, the parties were again instructed to file either a Notice of Settlement or a Status Report Re: Settlement. (See Dkt. 29, Court's Order of August 8, 2023). At that time, the parties were ordered to show cause in writing why sanctions should not be imposed for failure to comply with a court order. (See id.). The court again warned that "[f]ailure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution." (Id.).

As of the filing date of this Order, the parties have not filed a Notice of Settlement or a Status Report Re: Settlement, nor have they filed a written response to the Court's Order of August 8, 2023. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT lead counsel for the parties shall appear on **September 21, 2023**, at **10:00 a.m.** in courtroom 6D of the First Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the Court's Order of January 20, 2023, and the Court's Order of August 8, 2023. **Failure to appear on the date set forth above may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court.** See Fed. R. Civ. P. 41(b); Local Rule 41; Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | Initials of Preparer | vdr |
|---|---|---|