JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. CV 22-7366 FMO (SSCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WIN-WIN HOTEL INVESTMENT PARTNERS LTD, LP, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 9th day of December, 2024.

/s/
Fernando M. Olguin
United States District Judge